UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20992-CIV-TURNOFF (LENARD)

FERNANDO REIS, and all others similarly
situated under 29 U.S.C. §216(B),

    Plaintiff(s),                                                              CONSENT CASE

v.

THIERRY'S INC., and THIERRY ISAMBERT,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** came before the Court on Defendants' Motion for Continuance **[DE 47]** and Plaintiff's Motion in Limine **[DE 54]**. These matters were heard at the previously scheduled pretrial conference, which was treated as a status conference, held on August 20, 2009. Upon consideration of the pleadings, the record, the applicable law, and being otherwise duly advised in the premises, the Court, at said hearing, **ORDERED AND ADJUDGED** as follows:

Defendants' Motion for Continuance **[DE 47]** is **GRANTED**. Accordingly, the pretrial conference in this case is rescheduled for **September 10, 2009, at 2:00 p.m.** Further, the trial in this matter is rescheduled for **September 14, 2009, at 10:00 a.m.**

Additionally, Plaintiff's Motion in Limine **[DE 54]** is **GRANTED**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 20th day of August 2009.

                                                                    **WILLIAM C. TURNOFF**
                                                                      **UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Joan A. Lenard
     Counsel of record