UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 08-20992-CIV-LENARD/TURNOFF

FERNANDO REIS,

    Plaintiff,

v.                                                   <u>CONSENT CASE</u>

THIERRY'S, INC., and
THIERRY ISAMBERT

    Defendants.
_____/

**<u>DEFENDANTS REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS MOTION IN LIMINE</u>**

    Defendants THIERRY'S, INC., and THIERRY ISAMBERT, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure hereby file their Reply to Plaintiff's Response in Opposition to Defendants Motion in Limine to Exclude Testimony and state the following in support thereof:

    1.    Plaintiff Reis filed his Supplemental Witness List on September 2, 2009. [DE 68]

    2.    Plaintiff Reis has listed Danut Popescu, a former employee of Defendants, as a witness.

    3.    Mr. Popsecu's testimony is inadmissible pursuant to the Federal Rules of Evidence.

    4.    Plaintiff, in their Response to Defendants Motion in Limine for the first time listed the proposed testimony of Mr. Popescu, a witness that Plaintiff has supplemented subsequent to the deadline for filing witness lists.

    5.    This witness was not listed in Plaintiff's mandatory disclosures, nor has he been listed in any other filings, other than the late Supplemental Witness List filing.

Page 1

6. Plaintiff purports that Mr. Popescu will be able to testify regarding the hours Plaintiff worked on numerous jobs and the time records kept for those jobs by Defendants. Further, it is stated that Mr. Popescu will testify regarding Defendants record keeping procedures, payroll practices, and other such matters. This testimony is speculative at best, and is not supported by any evidence.

7. It is disingenuous to believe that Mr. Popescu, a fellow employee of the Plaintiff, would have personal knowledge of Plaintiff's hours worked, when Plaintiff himself cannot even remember certain events and hours worked.

8. The proposed addition of this witness for this purpose is a substantial surprise to the Defendants, and is extremely prejudicial. At the last moment, the Defendants will need to locate staff members, and supervisors of Thierry's Inc. for rebuttal testimony, and the Defendants can only speculate as to what Mr. Popescu's testimony will be, because they were never given the opportunity to depose Mr. Popescu, or obtain any documents that may be in his possession or control, because he was not previously listed as a witness.

Dated: September 10, 2009               Respectfully submitted,

                                        /S JOHN O. SUTTON
                                        John O. Sutton, Esquire
                                        alex@jamersonsutton.com
                                        Jamerson & Sutton LLP
                                        2655 LeJeune Road, PH II
                                        Coral Gables, FL 33134
                                        Tel: 305-448-1295
                                        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 10, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties whoa are not authorized to receive electronically Notices of Electronic Filing.

                                                                          /S John O. Sutton
                                                                         John O. Sutton, Esq.

**SERVICE LIST**
**Fernando Reis v. Thierry's Inc. and Thierry Isambert**
**CASE NO.: 08-20992-CIV-LENARD/TURNOFF**
**United States District Court for the Southern District of Florida**

K. David Kelly, Esq.
J.H. Zidell, P.A.
300 71st St., #605
Miami Beach, FL 33141
Ph: 305-865-6766
Fax: 305-865-7167
Email: Krl_kelly@yahoo.com
Attorneys for Plaintiff