UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 08-20992-CIV-TURNOFF (LENARD)**

FERNANDO REIS, and all others similarly
situated under 29 U.S.C. §216(B),

    Plaintiff(s),                                    <u>CONSENT CASE</u>

v.

THIERRY'S INC., and THIERRY ISAMBERT,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** came before the Court on Defendants' Motion in Limine to Exclude Evidence and Objection to its Introduction **[DE 65]**, Plaintiff's Motion to Strike Exhibit List **[DE 69]**, Defendants' Motion in Limine to Exclude Testimony **[DE73]**, and Defendants' Motion in Limine to Exclude Evidence and Objections to its Introduction and to Exclude Testimony Regarding Same **[DE 80]**. These matters were heard at the pretrial conference held on September 10, 2009. Upon consideration of the pleadings, the record, the applicable law, and being otherwise duly advised in the premises, the Court, at said hearing, **ORDERED AND ADJUDGED** as follows:

Defendants' Motion in Limine to Exclude Evidence and Objection to its Introduction **[DE 65]** is **DENIED WITHOUT PREJUDICE**.

Plaintiff's Motion to Strike Exhibit List **[DE 69]** is **DENIED WITHOUT PREJUDICE**.

Defendants' Motion in Limine to Exclude Testimony **[DE 73]** is **GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE**. The witness will not be permitted to

testify as to his settlement with the Defendants. However, at this time, he is not excluded as a fact witness. Plaintiff is instructed to make the witness available for deposition prior to Monday, September 14, 2009. If the witness cannot be deposed prior to Monday, September 14, 2009, he will not be permitted to testify.

Defendants' Motion in Limine to Exclude Evidence and Objections to its Introduction and to Exclude Testimony Regarding Same **[DE 80]** is **DENIED WITHOUT PREJUDICE**.

Additionally, as addressed at the pretrial conference, the trial in this matter is scheduled for **September 14, 2009, at 9:30 a.m.**

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 11th day of September 2009.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Joan A. Lenard
    Counsel of record