## VERDICT FORM

Question No. 1: Do you find by a preponderance of the evidence that Fernando Reis performed work from April 18, 2006 through December 31, 2006 for which he was not properly paid overtime, other than the $1099.63, which the Defendants have admitted for this case is owed to the Plaintiff?

        Answer Yes or No: __Yes__

IF YOU ANSWERED "NO" TO QUESTION NO.1, THEN STOP HERE, AND HAVE THE FOREPERSON SIGN THIS VERDICT FORM AND DATE IT. IF YOU ANSWERED "YES" TO QUESTION NO.1, PROCEED TO THE NEXT QUESTION.

Question No. 2: If you have answered YES to Question No. 1, provide the number of unpaid overtime hours (in excess of 40 hours) you find by the preponderance of the evidence that Plaintiff Fernando Reis worked during any seven (7) day period from April 18, 2006 through December 31, 2006, excluding from said calculation the hours totaling the $1099.63, which the Defendants have admitted for this case is owed to the Plaintiff?

        __0.10__

Question No. 3: Please calculate the amount owed to Plaintiff Fernando Reis by multiplying the hours set forth in your Answer to Question No.2, by half the applicable hourly rate for Plaintiff

        $ __0.85__

Question No. 4: Do you find by a preponderance of the evidence that the Defendants knew or showed reckless disregard for the Fair Labor Standards Act by failing to pay Plaintiff overtime?

        Answer Yes or No: __YES__

IF YOU ANSWERED "NO" TO QUESTION NO.4, THEN STOP HERE, AND HAVE THE FOREPERSON SIGN THIS VERDICT FORM AND DATE IT. IF YOU ANSWERED "YES" TO QUESTION NO.4, PROCEED TO THE NEXT QUESTION.

Question No. 5: If you have answered YES to Question No. 4, provide the number of unpaid overtime hours (in excess of 40 hours) you find by the preponderance of the evidence that Plaintiff Fernando Reis worked during any seven (7) day period from April 18, 2005 through April 17, 2006?

        __243__

Question No. 6: Please calculate the amount owed to Plaintiff Fernando Reis by multiplying the hours set forth in your Answer to Question No.5, by half the applicable hourly rate for Plaintiff.

        $ __1822.50__

Date: __9/16/9__

FOREPERSON: __