UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-20992-TURNOFF

FERNANDO REIS,

      Plaintiff,

                                        **CONSENT CASE**

v.

THIERRY'S INC., and
THIERRY ISAMBERT,

      Defendants.

_____/

## FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Motion for Entry of Final Judgment **[DE 92]**. The Court has reviewed the Motion and the entire Court file herein.  It is hereby **ORDERED AND ADJUDGED** that the Motion **[DE 92]** is **GRANTED**.

Pursuant to the jury verdict rendered in this case on September 16, 2009 **[DE 90]**, awarding Plaintiff $1,822.50 in damages, in addition to $1,099.63 that Defendants admitted to owing Plaintiff, the Omnibus Order awarding Plaintiff liquidated damages in the amount of $2,922.13 **[DE 105]**, and the Order on Plaintiff's Verified Motion for Attorney's Fees and Costs Pursuant to 29 U.S.C. § 216(b) and Local Rule 7.3 **[DE 110]**, awarding Plaintiff a total amount of $39,515.95 in attorney's fees and costs, it is further **ORDERED AND ADJUDGED** that Plaintiff, Fernando Reis, c/o the Client Trust Account of JH Zidell P.A., take from Defendants, Thierry's Inc., and Thierry Isambert, jointly and severally, the amount of $5,844.26 in damages, and $39,515.95 in attorney's fees and costs, for a total of $45,360.21, which shall accrue statutory interest from this date at the legal rate, for which sum let execution issue.

This Case is **DISMISSED** with prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of March 2010.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joan A. Lenard
    All counsel of record